IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**DEBRA ELAINE SHEPPARD JACOBS,**<br>Defendant | **NO. 5: 05-CR-25 (HL)**<br><br>RE: VIOLATION OF SUPERVISED RELEASE |

## ORDER ON PRELIMINARY EXAMINATION AND FOR DETENTION

Defendant **DEBRA ELAINE SHEPPARD JACOBS** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure and for a **DETENTION HEARING** under 18 U.S.C. §3143(a). She was represented by Mr. Charles E. Cox, Jr. of the Macon Bar; the United States was represented by Assistant United States Attorney Jennifer Kolman.

After consideration of the testimony of U. S. Probation Officer Leigh Swicord and Macon Police officers Sgt. Steve Gatlin and Investigator Dina Rice; and upon consideration of argument of counsel for the parties, the undersigned finds that <u>PROBABLE CAUSE</u> does exist that the allegations set forth in the Petition for Action on Supervised Release filed on January 23, 2008 have been committed as set forth in said petition (other than allegation no. 3 which was withdrawn by the government), and that defendant **DEBRA ELAINE SHEPPARD JACOBS** did violate conditions of supervised release as charged therein.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. There is probable cause to believe that the **SUPERVISED RELEASEE** violated conditions of supervision by violating provisions of federal law on or about January 23, 2008, to-wit: by committing the offense of MANUFACTURE OF METHAMPHETAMINE, 21 U.S.C. §841(a)(1); by failing to notify her probation officer of a change of residence; and, by failing to participate in a program of substance abuse treatment as directed by her probation officer and being discharged from said program on or about January 17, 2008.

Because defendant Jacobs has a serious drug addiction problem, there is every indication that she would continue to violate conditions of supervised release were she permitted to be released from custody. Therefore, IT IS ORDERED AND DIRECTED that she be **DETAINED** by the United States Marshal until further order of the court.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said **SUPERVISED RELEASEE** shall appear before the Honorable Hugh Lawson district judge, for a FINAL HEARING as directed by Judge Lawson. The Clerk of Court is directed to forward this order and the within file to Judge Lawson for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 27th day of FEBRUARY, 2008.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE